MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ14-245 |
| Plaintiff, | |
| v. | DEFENDANT'S WAIVER OF PRELIMINARY HEARING |
| KESHAV BHIDE, | |
| Defendant. | |

I am a defendant charged in this case. My attorney has explained to me that I have the right to a preliminary hearing and the purpose of that proceeding. It was also explained to me that I have the right to testify at the preliminary hearing and that, if I wish, I may call other witnesses on my behalf. I also understand that I may waive my right to the preliminary hearing. The fact of such waiver cannot be used against me. I understand that if I waive the preliminary hearing, my case will be bound over for further proceedings in the District Court, and any bond I have signed in this case remains in full force and effect.

I hereby waive my right to a preliminary hearing.

DATED this 23rd day of June, 2014.

_____
Keshav Bhide, Defendant

Presented by:

s/ Peter Avenia
Peter Avenia, WSBA No. 20794
Assistant Federal Public Defender
Attorney for Keshav Bhide

WAIVER OF PRELIMINARY HEARING - 1
(Keshav Bhide; MJ14-245)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to the Assistant United States Attorney of record.

s/ *Suzie Strait*
Paralegal

WAIVER OF PRELIMINARY HEARING - 2
(*Keshav Bhide*; MJ14-245)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100