MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KESHAV MUKUND BHIDE, <br><br> Defendant. | No. MJ14-245 <br><br> WAIVER OF SPEEDY INDICTMENT |

I have been advised by my attorney that I have a right to a speedy indictment under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. I understand that under the statute the government must obtain an indictment within thirty days of my arrest. I wish to waive that right and extend the indictment deadline so that my attorney and the attorney for the government may discuss defenses, pursue negotiations, and have a full opportunity to evaluate the matter prior to seeking an indictment. I knowingly, voluntarily, and with advice of counsel waive my right to a speedy indictment for the period up to and including September 17, 2014.

DATED this 9th day of July, 2014.

_____
Keshav Bhide

Presented by:

s/ *Peter J. Avenia*
Assistant Federal Public Defender
Attorney for Keshav Bhide

WAIVER OF SPEEDY INDICTMENT
(Keshav Bhide, MJ14-245) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all parties registered with the CM/ECF system.

s/ *Suzie Strait*
Paralegal
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Suzie_Strait@fd.org

WAIVER OF SPEEDY INDICTMENT
(Keshav Bhide, MJ14-245) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**