MAGISTRATE JUDGE

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUL 11 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ14-245 |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE INDICTMENT DEADLINE |
| KESHAV MUKUND BHIDE, | |
| Defendant. | |

THE COURT has considered the unopposed motion of the defendant to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation and case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about July 18, 2014, to September 17, 2014.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND THE INDICTMENT DEADLINE
(Keshav Bhide, MJ14-245) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS ORDERED that the date on or before an indictment must be filed is
2  extended to September 17, 2014.
3  IT IS FURTHER ORDERED that the period of delay from on or about July 18,
4  2014, to September 17, 2014, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A)
5  for the purpose of computing the time limitations imposed by the Speedy Trial Act.
6  DONE this 11th day of July, 2014.  *NO FURTHER EXTENSIONS WILL BE AUTHORIZED*

_____
UNITED STATES MAGISTRATE JUDGE

10  Presented by:

11  s/ Peter J. Avenia
12  Assistant Federal Public Defender
    Attorney for Keshav Bhide

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND THE INDICTMENT DEADLINE
(Keshav Bhide, MJ14-245) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100